AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
03/27/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____AP_____ DEPUTY


FILED
CLERK, U.S. DISTRICT COURT
03/28/25
CENTRAL DISTRICT OF CALIFORNIA
BY: _____KC_____ DEPUTY

United States of America

v.

ANGEL DIDIER DEGUEROS MOTA,

Defendant

Case No. 5:25-mj-00158

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, Manuel Dorado, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of March 5, 2025, in the county of Riverside, in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a), (b)(1) | Illegal Alien Found in the United States Following Deportation |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Manuel Dorado
*Complainant's signature*

MANUEL DORADO, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: March 28, 2025

*Judge's signature*

City and state: Riverside, California

Hon. Sheri Pym, U.S. Magistrate Judge
*Printed name and title*

AUSA: Sophia Carrillo (x0546)

**AFFIDAVIT**

I, Manuel Dorado, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against Angel Didier Degueros Mota, also known as ("aka") "Angel Degueros," aka "Angel Didier Degueros," aka "Angel Didier Deagueros Mota" ("defendant"), charging him with violating Title 8, United States Code, Sections 1326(a), (b)(1), Illegal Alien Found in the United States Following Deportation.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF SPECIAL AGENT MANUEL DORADO

3. I am a Special Agent ("SA") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"). I have been a SA with HSI since September 2006. I am currently assigned to the HSI Riverside Border Security Group and conduct human smuggling/trafficking investigations.

## III. **STATEMENT OF PROBABLE CAUSE**

4.  On or about January 30, 2025, the HSI Tip Line received an anonymous tip alleging that defendant was previously convicted of a felony and deported to Mexico but has since re-entered the United States. The anonymous tipster provided an address in Menifee, California for defendant, along with vehicle descriptions for two vehicles associated to defendant.

5.  On February 21, 2025, HSI Task Force Officer ("TFO") Ricardo Duran located a valid California Driver's License for "Angel Didier Deagueros Mota," along with a picture associated with his driver's license. From my review, the driver's license photograph for "Angel Didier Deagueros Mota" matches the photograph found in defendant's A-file, as discussed below.

6.  On March 5, 2025, HSI TFO Stephen Beasley conducted surveillance at the address provided in the tip and saw a Hispanic male adult, who appeared similar to the California Driver's License photo for defendant, depart the residence in a vehicle also described in the tip.

7.  Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States. I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by INS or DHS with respect to the subject alien for whom the DHS A-File is maintained.

8.  On or about March 24, 2025, I obtained and reviewed DHS A-File A098-571-475, which is maintained for "Angel Didier

Degueros Mota." The DHS A-File contained the following documents and information:

      a. One executed Warning to Alien Ordered Removed or Deported (Form I-294) indicating that defendant was officially removed from the United States on or about January 20, 2005. One executed Warrant of Removal/Deportation (Form I-205) indicating that defendant was officially removed from the United States on or about January 20, 2005. I know from my training and experience that a Warrant of Removal is executed each time a subject alien is removed and excluded from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint. The executed Warrant of Removal/Deportation in defendant's DHS A-File contained his photograph, signature, and fingerprint.

      b. A certified conviction record showing that defendant was convicted on or about April 7, 2003, of Kidnapping, in violation of Penal Code 207(A), in the Superior Court of California, County of San Diego, Case Number SCN155823, for which defendant was sentenced to a total term of 270 days' imprisonment.

      c. A certified conviction record showing that defendant was convicted on or about October 27, 2004, of a probation violation in violation of Penal Code 166(A)(4), in the Superior Court of California, County of San Diego, Case Number CN184953, for which defendant was sentenced to a total term of 365 days' imprisonment.

  d. Various documents, in addition to the Warrant of Removal/Deportation and Notice to Alien Order Removed/Departure Verification, indicating that defendant is a native and citizen of Mexico. These documents included an approved I-130, Petition for Alien Relative, filed on March 19, 2010, with supporting documents that contained a copy of defendant's birth certificate indicating that he was born in Mexico and an Order of the Immigration Judge, dated January 19, 2005, ordering the removal of defendant to Mexico.

 9. On or about March 24, 2025, I reviewed the printouts of the Criminal Identification Index ("CII"). Based on my training and experience, I know that the CII database tracks and records arrests and convictions of individuals according to an individual's CII number. The CII printouts confirmed defendant had been convicted of the crime reflected on the documents contained in defendant's DHS A-File.

 10. On or about March 24, 2025, I reviewed the printouts of ICE computer indices on defendant. Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported or excluded from the United States by ICE, was deported or excluded by the former INS, or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that defendant had been removed, deported, and/or excluded on the date indicated on the Warrant of Removal/Deportation and Notice to Alien Ordered Removed/Departure Verification, found in defendant's DHS A-File. The ICE computer indices further indicated that defendant had

not applied for, nor obtained from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States.

11. I reviewed defendant's DHS A-File and determined it does not contain any record that he ever applied for, or received from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in the DHS A-File.

## IV. CONCLUSION

12. For all the reasons described above, there is probable cause to believe that defendant has committed a violation of Title 8, United States Code, Sections 1326(a),(b)(1), Illegal Alien Found in the United States Following Deportation.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 28th day of
March 2025.

_____
HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE